IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID STARKS, #N-03758, and** | ) |
| **MICHAEL VELASQUEZ, #K-53666,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )   **CIVIL NO. 06-699-MJR** |
| **vs.** | ) |
| | ) |
| **RUANN TANNER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

The Court previously advised Plaintiffs of the individual payment requirement, as well as the other risks prisoner *pro se* litigants face in joint *pro se* litigation; each Plaintiff was given an opportunity to drop out of this action without prejudice (*see* Doc. 6). Now before the Court is Plaintiff Velasquez's motion to be dismissed from this action (Doc. 7), accompanied by a new complaint and *in forma pauperis* motion to be filed as a separate, new action.

The instant motion is **GRANTED**; Velasquez is **DISMISSED** from this action without prejudice. It follows that his motion to proceed *in forma pauperis* in this action (Doc. 3) is now **MOOT**. The Clerk is **DIRECTED** to file his complaint and *in forma pauperis* motion as a new case.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2006.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**